The People of the State of New York, Respondent, v. Jack Cohen, Appellant.— Defendant appeals from a judgment of the Court of Special Sessions of the City of New York, Borough of Brooklyn, convicting him of violating section 986 of the Penal Law and from the sentence imposed thereon,

Judgment unanimously affirmed. No opinion. No separate appeal lies from the sentence, which has been reviewed on the appeal from the judgment of conviction. Present — Nolan, P. J., Adel, Wenzel, MacCrate and Beldock, JJ.